MATTHEW L. JOHNSON
(Name)

C.T.F. P.O. Box 689
(Address)

Soledad, CA. 93960
(City, State, Zip)

D-33369
(CDC Inmate No.)

FILED

2008 JAN 14  PM 3: 56

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____RM_____DEPUTY

| 2254 | 1983 ✓ |
|---|---|
| FILING FEE PAID | |
| Yes_____ | No ✓ |
| IFP MOTION FILED | |
| Yes ✓ | No |
| COPIES SENT TO | |
| Court ✓  ProSe | |

# United States District Court
## Southern District of California

Pro se
MATTHEW LOUIS JOHNSON,
(Enter full name of plaintiff in this action.)

                              Plaintiff,

v.

CORRECTIONAL OFFICER-
CAPTAIN MR. DARR,
_____,
_____,
(Enter full name of each defendant in this action.)

                              Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**'08 CV 0080 DMS POR**

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____.

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, MATTHEW LOUIS
JOHNSON_____, who presently resides at C.T.F. P.O. BOX 689
(print Plaintiff's name)
(mailing address or place of confinement)
SOLEDAD, CA. 93960_____, were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at CENTINELA
STATE PRISON_____ on (dates) 7-21-05_____, and _____.
(institution/place where violation occurred)      (Count 1)      (Count 2)      (Count 3)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev. 5/98)

K:\COMMON\EVERYONE\1983\1983FORM.COM

Defendant *c/o CAPTIAN MR. DARR* resides in *Centinela State Prison*
(name)                                                (County of residence)

and is employed as a *CAPTIAN OF THE PRISON*. This defendant is sued in
(defendant's position/title (if any))

his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: *BY VIOLATING PLAINTIEF EIGHT AMENDMENT RIGHT OF THE U.S. CONST. INFLECTING CRUEL AND UNUSUAL PUNISHMEN ON PLAINTIFF.*

Defendant _____ resides in _____,
(name)                                                (County of residence)

and is employed as a _____. This defendant is sued in
(defendant's position/title (if any))

his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _____

_____

_____

Defendant _____ resides in _____,
(name)                                                (County of residence)

and is employed as a _____. This defendant is sued in
(defendant's position/title (if any))

his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _____

_____

_____

Defendant _____ resides in _____,
(name)                                                (County of residence)

and is employed as a _____. This defendant is sued in
(defendant's position/title (if any))

his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _____

_____

_____.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: *8ᵗʰ AMENDMENT OF THE*
(E.g., right to medical care, access to courts,
*U.S. CONST. CRUEL AND UNUSUAL PUNISHMENT.*
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

ON July 17ᵗʰ, 2005, around about 6:30am. A Racial Riot took place between the Blacks and Hispanics in the dinning hall on D-Facility at Centinela State Prison, in Imperial County, CALIF. And on July 20ᵗʰ, 2005, around about 10:00 am. Plaintiff along with Three (3) other Inmates, two (2) Hispanics, and one other Black, who was Mac Reps. for the D-facility," Mac Reps. are Some what nogociater between Staff and Inmates, and are elected by the Inmates", were called to the D-Facility program office by the D-Facility Captain, MR. DARR, all Inmates of the facility were lock down, and all movements of Inmates was ordered by the warden to be under exscort of staff and in cuffs, Plaintiff and the three other Inmate were took to the program office, once there, the captain came in to talk to us about the situation that we all was unawere of, based on the Inmates that were involved were all haused in the D-facility Gym, the rest of the facility Inmates were housed in cells, and was all still in our cells when the Riot happend, at the meeting with.

Please see continuing pgs.

§ 1983 SD Form
(Rev. 5/98)

(3 - 8)

K:\COMMON\EVERYONE\1983\1983FORM.COM

**Count 2**: The following civil right has been violated: _____

_____ (E.g., right to medical care, access to courts,

_____.
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

**Supporting Facts**:    [Include all facts you consider important to Count 2.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Count 3**: The following civil right has been violated:_____

§ 1983 SD Form
(Rev. 5/98)

4

K:\COMMON\EVERYONE\1983\1983FORM.COM

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts

involved in this case? ☑ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: *MATTHEW LOUIS JOHNSON*
Defendants: *CAPTAIN DARR*

(b)  Name of the court and docket number: *U.S. DISTRICT COURT-SOUTH-ERN DISTRICT OF CA. #06CV1257-JAH (POR)*.

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] *DISMISSED WITHOUT PREJUDICE*.

(d)  Issues raised: *PLAINTIFF'S 6th, 8th, 9th, and 14th AMEND. VIOLATIONS OF THE U.S. CONST. BY CAPTAIN DARR PLACING PLAINTIFF LIFE IN DANGER, ASWELL AS PLAINTIFF'S CALIF. CONST. VIOLATIONS.*

(e)  Approximate date case was filed: *APPROX. JUNE of 2006*.
(f)  Approximate date of disposition: *DECEMBER 13, 2007*.

2.  Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☑ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.   If your answer is "No", briefly explain why administrative relief was not sought.
*Plaintiff first filed a 602, Appeal, and at the final stage of the 602 process, the final level ref-use to address Plaintiff's complaint, and after several months, Plaintiff then submitted his Complaint in this court, his complaint was denied without Presedice. on 12-13-07.*

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

       1. An injunction preventing defendant(s): *FRom Continueing his unproffessional misconduct against other Inmates, by granting this complaint and Requests.*

_____.

       2. Damages in the sum of $ _500,000_ .

       3. Punitive damages in the sum of $ _1,500,000_ .

       4. Other: *IMMEDIATE RELEASE FROM PRISON, AND To HAVE CAPTIAN DARR PROSECUTED FOR ASSULT.* .

**F. Demand for Jury Trial**

    Plaintiff demands a trial by (☒ Jury) ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

    In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

    The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

    You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐   Plaintiff consents to magistrate judge jurisdiction as set forth above.    **OR**    ■   Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

_1-3-08_
Date

_[signature]_
Signature of Plaintiff

(Continue of Pg. 6)

a). MATTHEW LOUIS JOHNSON
        vs.

CORRECTIONAL OFFICER  MS. A. DIAZ

b). U.S. DISTRICT COURT-SOUTHERN DISTRICT OF CALIF. PLAINTIFF IS UNABLE to Locate the docket Number of that Case.

c). DISPOSITIONED by Plaintiff's Request, Honorable LOUISE PORTER was the Hearing Judge of that Case.

d). DISTRUCTION OF Legal materials, denieing Plaintiff access to COURT.

e). APPROX. NOV. 2000.

f). April 21st, 2002.

(C-2)

(CONTINUEING from Page 3.)

Captain DARR, the first words out of his mouth was; "Somebody got their ass kicked, and it wasen't the Blacks", Plaintiff Responded to Captain DARR by saying" Wow Captain, that wasen't very professional of you to say that", Captian DARR again responded, "Johnson when have you known me to be proffesional", Johnson/Plaintiff responded, "that's true", Captain DARR whent on to tell all of the Mac. Reps that was there of what happend, and informed all of us, the Mac. Reps. that he's going to try to get the okay from the warden to allow all Mac. Reps. of the D-facility to go around and talk to all the other inmates of the facility wile locked in their cells to try to resolved the matter, before someone gets killed, and then we were exscorted back to our cells.

       On July 21st, 2005, around about 10:00, am. The Mac. Reps. was again Called to the D-Facility program office, under exscort, but with NO cuffs, Plaintiff, one other Black, and two Hispanics Inmates by Captain DARR, upon arrival, Captain DARR Came out of the office to meet us outside, him, his Sargent, and two other Correctional officers, Captain DARR informed all the Mac. Reps. that he got the okay
                 next pg.

(C-3)

(CONTINUEING FROM Page 3.)

from the warden to allow the Mac Reps to go
to the buildings under exscort, cell by cell
and talk to all the Inmates to try to
resolve the Racial tention that had buil—
ld up from the Racial Riot that had
took place Just 4 days earlyer, all
Mac Reps were split up to go to diffrent
buildings, all under exscort, Captain
DARR told Plaintiff, "Johnson you
and I will start at Building ①,
as there is ⑤ building on D-facility,
not counting the gym, which is 6
building total, once Captain DARR
and Plaintiff arrived at the building,
all Inmates were locked in their cells
as exspected by everyone, their were
② other Correctional officers on
the floor, and one officer in the
Central tower, Captain DARR told
Plaintiff to go ahead and talk to
all the Inmates cell by cell, Plaint—
iff did so, Captain DARR then sta—
rted talking to the tower/Cental
officer that was on second watch
of D-facility, building number one,
as Plaintiff finished the bottom
tier, as the buildings has two
tiers each, Plaintiff started on
the second tier, as Plaintiff reached
the last black cell on the second
tier, cell 209 of ⒶSection, Captain
DARR ordered the Central tower to

next Pg.

(2-4)

(CONTINUEING FROM Page 3.)

go ahead and start the Hispanics
Showers, the Central tower then
opened (4) Hispanics cells, as each
cell house two Inmates, (8) Hispanics
exited their cells, as Plaintiff
is a black Inmate, their for, if any
Inmates was to exited their cells,
it should have only been other blacks,
as the Hispanics came out of
their cells, Captain DARR and the
rest of the Correctional officer
stood and watched, two of the
Hispanics moved twords the stairs,
the same stairs Plaintiff had to use
to exit the building, Plaintiff was
watching them as he was, attacked
from behind and knocked uncon—
cious from a blow to his head from
yet another Hispanic Inmate, Plain—
tiff was wokend by a officer placing
hand cuffs on him, Plaintiff then
was taken to the D-Facility Medical
to be examend, the doctor informed
Plaintiff and the staff members
that Plaintiff needed stiches in his
lip, and in his head above his eye,
Plaintiff was then taken to the
D-facility Program office in hand
cuffs, and placed in a room by his—
self, minutes later, Captain DARR
came in the room with Plaintiff
and stated, "SORRY ABOUT THAT
next. Pg.

(C-5).

(CONTINUEING FROM Page 3.)

JoHNSon, then left, around about 20
minutes later, the Investigating
unit arrived to investigate the
inncodent, "the Goon squad," they took
photos of Plaintiff's face and head, as Plaint—
iff had injuries in his lip and head, Plaintiff
was then exscorted to the Institutional
hospito and recieved stiches in his lip, and
then Plaintiff was placed in the whole,
ordered by Captain DARR, Correctional
officer LT. Granish of D-Facility then
came and talked to Plaintiff, and stated,
"I was called in by the warden to come
and clean up Captain DARR's mess",
Plaintiff was then kepted in the
whole up until the hearing date,
Which was July 28th, around about,
Captain DARR alone with Plaintiff
Correctional Counslor, MS. Robles,
was present at the hearing, and
Captian DARR Recommended that
Plaintiff remain in the whole based
on he feel Plaintiff oppose a treat
to the Institution, the Chairman
of the Hearing excepted the Captains
Recommendation, and Plaintiff
Stayed in the whole until he was
transfered to another Institution,
Plaintiff was then Labled skitsofran—
tic by the Phyc. Docter, and still
remain under the Phyc. Care here
at C.T.F.

next. Pg.

(C-6)

(CONTINUEING From pg. 3.)

Plaintiff filed a Complaint against Captian DARR timely wile at Centinela State Prison, and exhausted all remedies through the Appeal process, the final level of Appeal of the 602 process Refuse to respond, Claiming that Plaintiff didn't go through the proper chanals, which was NOT TRUE, after several attempt to exhaust the final level, and several months passed, Plaintiff then File the Complaint in this Court, case number 06cv 1257 JAH (PoR) and on December 13, 2007, this Court Dismissed Plaintiff's Complaint Without Prejudice.

Plaintiff is now Resubmitting the Complaint on a timely Manor with a PRAYER for relief, as Plaintiff had prior complaints of Captain DARR Misconduct, even before his promotion to Captain, when Captain DARR was the D-facility Stg. he came with several other officers and Ram Sacked Plaintiff cell and confuscated several personal Items of Plaintiff, that inncodent took place around about 2001 at Centinela State Prison, Plaintiff wrote this Court about the inncodent to Honorable Louise Porter, she then addressed the warden and Plaintiff recieved his personal Items back from then, Stg. DARR, as Plaintiff

(C-7)

(Continueing from pg.3)

had previously dispositioned another civil matter against Centinela staff member for destroying his legal materials, Trial Transcripts etc. HON. LOUISE Porter was the Judge of that matter aswell.

This act of Cruel and Unusual Punishment by Captain DARR violated Plaintiff's (8) Amendment Right of the United States by delibreatly placing Plaintiff life in danger, theires no way the Control tower would have opened those cells without the order from the Captain, the Captain was, and is the officer in charged of each facility program, and this Captain had a personal vendeta against Plaintiff for prior complaints against him, noother Inmates were let out of their cells in anyother building, and should not have been let out of their cell in the building Plaintiff was in, except for, to place Plaintiff life in Danger, Captain DARR Breched his Contrack with the C.D.C. system to protect and to serve, as well as act unproffessional to violate Plaintiff Eighth (8) Amendment of the U.S. Constitution by having Cruel and Unusual Punishment inflicked upon Plaintiff nxt, Pg.

(C-8)

(Continueing from pg. 3.)

by other Inmates, this was also a act
of terious, Captain DARR should have
also been arrested and Prosecuted
by the Imperial District Attorneys
office, as Plaintiff was and is willing
to press Criminal Charges against
Captain DARR.

Plaintiff is still sufering from
the Attack that was caused by
Captain DARR unproffesional miscon-
duct that violated his Eighth Amen-
dment Right of the U.S. Constitution
by scars to his face earea, lip and
his head, aswell as the fear of being
set up and Attocked again by other
staff members.

        :FINAL CONCLUSION:
Plaintiff Respectfully PRAY this
Complaint is Granted and Relief is
ordered by this Hon. Court, to alliviate
the suefering of Plaintiff.

Plaintiff also Request of this Hon.
Court a Libral Construction of his
Pleadings, as Plaintiff is unable
to afford Counsel, as his is Indigent
and Incarcerated and doing the
best he can Pro se.

                Respectfully Submitted,
                        Plaintiff,
        MATTHEW L. JOHNSON,

23C

VERIFICATION

STATE OF CALIFORNIA )

)

COUNTY OF IMPERIAL )

(C.C.P. SEC. 446 & 2015.5; 28 U.S.C. sec 1746)

I _MATHEW L. JOHNSON_ declare under penalty of perjury that:
I am the _Petitioner_ in the above-entitled action; I have read
the foregoing documents and know the contents thereof; and the
same is true of my own knowledge except as to matters stated
therein upon information and belief, and as to those matters, I
believe they are true.

Executed this _3_ day of _Jan._ ,2008, _C. To F. C_ ~~at Centinela~~
State Prison, P.O. Box _689_, ~~Imperial~~, Ca. ~~92251~~
_Soledad_ _93960_

[Signature] _Matthew L. Johnson_

DECLARANT/PRISONER

**************************************************

PROOF OF SERVICE BY MAIL
(C.C.P. sec. 1013(a) & 2015.5; 28 U.S.C. sec 1746.)

I _Leon Shelby_ , am a resident of _C.T.F. Central_ ~~Centinela~~
State Prison, in the County of Imperial, State of California;
I am over the age of eighteen (18) years and am not a party of
the above-entitled action. My state prison address is: _C.T.F. Central_
_P.O. Box 689 - Soledad, CA._ , ~~Imperial, Ca.~~ ~~92251~~ _93960_

On _JANUARY_ , _2008_, I served the foregoing:

_CIVIL RIGHT COMPLAINT_

(Set forth the exact title of document(s) served.)

on the party(s) herein by placing a true copy(s) thereof, enclosed
in a sealed envelope(s), with postage thereon fully paid, in the
United States Mail, in a deposit box so provided at ~~Centinela~~ _C.T.F.C._
State Prison, P.O. Box _689_, ~~Imperial~~, Ca. ~~92251~~, addressed
as follows: _Soledad 93960_

TO: _Clerk of U.S. DISTRICT COURT_ \ _Department of Justice_
    _Room 4290_ _E OFFICE OF THE Attorney General_
~~880~~ _Front STREET_ / _110 W. A street, suite 1100_
_SAN DIEGO, CA. 92101-8900_ _P.O. BOX 85266_
_SAN DIEGO, CA. 92186-5266_

There is delivery service by United states Mail at the so
addressed, and/or there is regular communication by mail between
the place of mailing and the place so addressed. I declare under
penalty of perjury that the foregoing is true and correct.

DATED: _JANUARY, 3, 2008_           _Leon Shelby_

DECLARANT/PRISONER

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Matthew Louis Johnson

**DEFENDANTS**

FILING FEE PAID
Yes    No

MOTION FILED
Yes    No

COPIES SENT TO
Court    Press

2008 JAN 14 PM 3: 56

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

'08 CV 0080 DMS POR

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Monterey
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Matthew Louis Johnson
PO Box 689
Soledad, CA 93960
D-33369

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
(For Diversity Cases Only)       FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding    ☐ 2 Removal from State Court    ☐ 3 Remanded from Appelate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23    DEMAND $    Check YES only if demanded in complaint:    JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**    JUDGE    Docket Number

DATE    January 14, 2008

SIGNATURE OF ATTORNEY OF RECORD