**Plaintiff/Petitioner/Movant's Name:** MATTHEW LOUIS JOHNSON

**Prison Number:** D-33369

**Place of Confinement:** C.T.F. Central

**Address:** P.O. Box 689, Soledad, Calif. 93960

FILED
2008 JAN 14 PM 3:56
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___RM___ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID Yes ___ No ✓
IFP MOTION FILED Yes ✓ No ___
COPIES SENT TO Court ✓ ProSe ___

# United States District Court
## Southern District Of California

Pro se
MATTHEW LOUIS JOHNSON,
   Plaintiff/Petitioner/Movant

v.

CAPTIAN DARR,
   Defendant/Respondent

Civil No. '08 CV 0080 DMS POR
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, MATTHEW LOUIS JOHNSON D-33369, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated?  ☒ Yes  ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration C.T.F. Soledad
   Are you employed at the institution?          ☐ Yes  ☒ No
   Do you receive any payment from the institution?   ☐ Yes  ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

Plaintiff was also previously granted in his prior complaint the promission to PROCEED IN FORMA PAUPERIS.

CIV-67 (Rev. 9/97)                                K:\COMMON\FORMS\CIV-67.

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. *March of 1995, $9.50 a hour, weekly salary- Bear Valley Fabrocaters, location, Bear Valley CA. address U/K.*

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _NONE_

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _NONE_

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _NONE_

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. _Plaintiff is Incarcerated, and Indigent._

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_1-3-08_
DATE

_Matthew L. Johnson_
SIGNATURE OF APPLICANT

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant _MATTHEW LOUIS JOHNSON_,
(NAME OF INMATE)

_D-33369_,
(INMATE'S CDC NUMBER)

has the sum of $ _0_ on account to his/her credit at _____

_C.T.F. Soledad, Central_.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _0_

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months the applicant's** *average monthly balance* **was** $ _0_ ,

and the *average monthly deposits* to the applicant's account was $ _0_ .

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

×_____
DATE

×_____
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

×_____
OFFICER'S FULL NAME (PRINTED)

×_____
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)                    -4-                    K:\COMMON\FORMS\CIV-67.

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form MUST be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, MATTHEW LOUIS JOHNSON (D-33369)
(Name of Prisoner/ CDC No.)
, request and authorize the agency holding me in custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☒ $150 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

1-3-08
DATE

*[signature]*
SIGNATURE OF PRISONER

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _JOHNSON D33369_ for the last six months at
[prisoner name]

_CORRECTIONAL TRAINING FACILITY_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _∅_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _∅_.

Dated: _1-9-08_          _Brenda Nation, Acct Technician_
                         (Authorized officer of the institution)

COR........ ......NING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

TH............ENT IS A CORRECT
C............. ACCOUNT MAINTAINED
BY ...........
ATTEST: 1-9-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Nation_
TRUST OFFICE
_Account Technician_

4

```
                                                            00001000
                                          PAGE NO:       1
         CALIFORNIA DEPARTMENT OF CORRECTIONS
              CTF SOLEDAD/TRUST ACCOUNTING
              INMATE TRUST ACCOUNTING SYSTEM
              INMATE TRUST ACCOUNT STATEMENT


         FOR THE PERIOD: AUG. 10, 2007 THRU JAN. 09, 2008

ACCOUNT NUMBER : D33369            BED/CELL NUMBER: CFDWT3000000315U
ACCOUNT NAME   : JOHNSON, MATTHEW LOUIS   ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                     TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                     TRUST ACCOUNT SUMMARY

 BEGINNING     TOTAL        TOTAL         CURRENT       HOLDS       TRANSACTIONS
  BALANCE     DEPOSITS    WITHDRAWALS     BALANCE      BALANCE      TO BE POSTED

     0.00        0.00         0.00          0.00         0.00           0.00


                                           CURRENT
                                          AVAILABLE
                                           BALANCE
                                          ----------
                                              0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 1-9-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Nation_
TRUST OFFICE
Account Technician

P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE