1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Acting Senior Assistant Attorney General
4  MICHELLE DES JARDINS
   Supervising Deputy Attorney General
5  PHILLIP LINDSAY, State Bar No. 204444
   Deputy Attorney General
6    110 West A Street, Suite 1100
     San Diego, CA 92101
7    P.O. Box 85266
     San Diego, CA 92186-5266
8    Telephone: (619) 645-3134
     Fax: (619) 645-2581
9    Email: Phillip.Lindsay@doj.ca.gov

10 Attorneys for Defendant R. Darr

12             IN THE UNITED STATES DISTRICT COURT

13            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

15 **MATTHEW L. JOHNSON,**           08-CV-0080-DMS (POR)

16                        Plaintiff,  **NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**

17           v.
                                      Hearing:    August 28, 2008
18 **DARR,**                          Time:       2:00 p.m.
                                      Courtroom:  H
19                              .     Judge:      The Honorable
                                                  Louisa S. Porter
20
                                      **No Oral Argument Required**
21

22      TO MATTHEW L. JOHNSON, Plaintiff in pro per:

23      PLEASE TAKE NOTICE that on August 28, 2008, at 2:00 p.m., or as soon thereafter

24 as the matter can be heard in the above-referenced court located at 940 Front Street, San Diego,

25 California, Defendant Darr will move this Court for dismissal of the Complaint under Federal

26 Rule of Civil Procedure 12(b) (unenumerated), on the ground that Plaintiff failed to exhaust his

27 administrative remedies as required by the Prison Litigation Reform Act (PLRA). 42 U.S.C. §

28 1997e(a).


1  This motion is based upon this notice of motion and motion, the supporting memorandum of points and authorities, the supporting declaration of T. Emigh, Defendant's request for judicial notice, the Court file in case number 06-CV-01257-JAH (POR), and the Court file in this case.

Dated: July 17, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

ROCHELLE C. EAST
Acting Senior Assistant Attorney General

MICHELLE DES JARDINS
Supervising Deputy Attorney General


/s/Phillip Lindsay


PHILLIP LINDSAY
Deputy Attorney General
Attorneys for Defendant R. Darr

70130457.wpd
SD2008700481

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Johnson, Matthew L. v. Darr**

No.:   **08CV0080 DMS POR**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On <u>July 18, 2008</u>, I served the attached **NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

Matthew L. Johnson
D-33369
California Training Facility
DW-315 UP
CTF Central
P.O. Box 689
Soledad, CA  93960

In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 18, 2008, at San Diego, California.

|  K. Alvarez  |  *[signature]*  |
|---|---|
|  Declarant  |  Signature  |

70130548.wpd