1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Acting Senior Assistant Attorney General
4  MICHELLE DES JARDINS
   Supervising Deputy Attorney General
5  PHILLIP LINDSAY, State Bar No. 204444
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-3134
    Fax: (619) 645-2581
9   Email: Phillip.Lindsay@doj.ca.gov

10 Attorneys for Defendant R. Darr

11

12              IN THE UNITED STATES DISTRICT COURT

13            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

15 **MATTHEW L. JOHNSON,**            08-CV-0080-DMS (POR)

16                      Plaintiff,    ***WYATT* NOTICE TO PLAINTIFF**

17            **v.**                   Hearing:      August 28, 2008
                                       Time:         2:00 p.m.
18 **DARR,**                           Courtroom:    H
                                       Judge:        The Honorable
19                              .                    Louisa S. Porter

20

21       TO MATTHEW L. JOHNSON, Plaintiff in pro per:

22       PLEASE TAKE NOTICE that Defendant Darr has moved to dismiss one or more of

23 Plaintiff's claims based on Plaintiff's failure to exhaust administrative remedies before filing suit

24 as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e.  A defendant may move to

25 dismiss a claim for lack of exhaustion of nonjudicial remedies through an unenumerated Rule

26 12(b) motion.  *Wyatt v. Terhune*, 315 F.3d 1108, 1119 (9th Cir. 2003).

27 ///

28 ///

1    "In deciding a motion to dismiss for failure to exhaust nonjudicial remedies, the court

2    may look beyond the pleadings and decide disputed issues of fact." *Id.* at 1119-1120. The

3    parties may tender admissible evidence to create an evidentiary record sufficient for the court to

4    determine if the plaintiff properly exhausted his or her administrative remedies before filing suit.

5    *See id.* at 1120 n.14. You have the right to file counter-affidavits or other responsive evidentiary

6    materials in opposition to Defendant's motion to dismiss for lack of exhaustion of administrative

7    remedies. If you fail to produce such counter-evidence, Defendant's evidence might be taken as

8    the truth, and the Court may grant Defendant's motion. If the Court grants the motion to

9    dismiss, some or all of your claims in this litigation may be dismissed.

10          Dated: July 17, 2008

11                              Respectfully submitted,

12                              EDMUND G. BROWN JR.
                                Attorney General of the State of California

13                              DAVID S. CHANEY
                                Chief Assistant Attorney General

14                              ROCHELLE C. EAST
                                Acting Senior Assistant Attorney General

15
                                MICHELLE DES JARDINS
16                              Supervising Deputy Attorney General

17

18                              /s/Phillip Lindsay

19
                                PHILLIP LINDSAY
20                              Deputy Attorney General
                                Attorneys for Defendant

21

22
     70130459.wpd
23   SD2008700481

24

25

26

27

28

*Wyatt* Notice                                              Case No. 08-CV-0080-DMS (POR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Johnson, Matthew L. v. Darr**

No.:   **08CV0080 DMS POR**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA  92186-5266.

On July 18, 2008, I served the attached *WYATT* **NOTICE TO PLAINTIFF** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

Matthew L. Johnson
D-33369
California Training Facility
DW-315 UP
CTF Central
P.O. Box 689
Soledad, CA  93960

In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 18, 2008, at San Diego, California.

K. Alvarez
_____          _____
            Declarant                                            Signature

70130652.wpd