UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LOUIS JOHNSON,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DARR, Correctional Officer,<br><br>　　　　　　　　　　　　　Defendant. | Civil No.   08-cv-0080-DMS (POR)<br><br>**ORDER SETTING HEARING ON MOTION TO DISMISS** |

On July 18, 2008, Defendant in this action filed a Motion to Dismiss the complaint, which is brought under 42 U.S.C. § 1983. The Honorable Dana M. Sabraw referred this motion to the assigned Magistrate Judge for a report and recommendation, pursuant to Local Civil Rule 72.1.c.2 and 28 U.S.C. § 636(c). Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff shall file an opposition to the motion to dismiss on or before **August 29, 2008**.

2. Defendant shall file a reply to Plaintiff's opposition on or before **September 12, 2008**.

3. Defendant's motion shall be heard on **September 18, 2008** at **2:00 p.m**. Without further court order, no appearances are required at that hearing. Defendants' motion shall be deemed submitted on the papers at that time.

IT IS SO ORDERED.

DATED: July 22, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　LOUISA S PORTER
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

- 1 -　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　08cv80